IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CAMARA JOHNSON,     PLAINTIFF

v.     CIVIL ACTION NO.: 4:14cv122-MPM-JMV

SHERIFF MILTON GASTON, SR., et al.,     DEFENDANTS

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated November 21, 2014, and the Plaintiff's objections thereto, the Court finds that Plaintiff's objections are without merit, and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge dated November 21, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

3. That Defendants Sheriff Milton Gaston, Percy Miles, Chief William Clay, Lt. Darren Addison, and Sgt. Augusta Cosey are **DISMISSED** from this cause; and

4. That Plaintiff's claims against the remaining Defendants will **PROCEED**.

**THIS** the 6th day of January, 2015.

                                     /s/ Michael P. Mills
                                     MICHAEL P. MILLS
                                     U.S. DISTRICT JUDGE